*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided October 22, 1998

STATE OF CONNECTICUT *v.* ANDREW ALEXANDER

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 50 Conn. App. 242 (AC 15584), is granted, limited to the following issues:

"1. Whether, under the circumstances of this case, the state violated the defendant's constitutional right to be present at trial?

"2. Whether the state's remarks to the jury amounted to prosecutorial misconduct?"

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16031.

*James M. Ralls*, assistant state's attorney, in support of the petition.

*Monte P. Radler*, assistant public defender, in opposition.

Decided October 22, 1998